UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-346-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JARRETT TYWAUN DAVIS | ORDER TO SEAL |

On motion of the Defendant, Jarrett Tywaun Davis, and for good cause shown, it is hereby ORDERED that **DE 42** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 11th day of December, 2019.

LOUISE W. FLANAGAN
United States District Judge